United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
NATIONAL CINEMEDIA, LLC,[1] : Case No. 23-90291 (DRJ)
:
Debtor. :
:
------------------------------------------------------------ x

**ORDER (I) EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, STATEMENTS OF FINANCIAL AFFAIRS, AND (II) GRANTING RELATED RELIEF**

**[Related to Docket No. 12 ]**

Upon the motion (the "Motion")[2] of the Debtor for entry of an order (this "Order") (i) extending the deadline by which the Debtor must file the Schedules and Statements to and including May 25, 2023, without prejudice to the Debtor's ability to request additional extensions for cause shown, and (ii) granting related relief; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and all objections, if any, to entry of this Order having been withdrawn, resolved, or overruled; and upon the record herein; and after due deliberation thereon;

---

[1] The Debtor's address is 6300 South Syracuse Way, Suite 300, Centennial, Colorado 80111. The last four digits of the Debtor's taxpayer identification number is 2505.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and the Court having determined that there is good and sufficient cause for the relief granted in the Order, it is hereby

**ORDERED THAT:**

1. The time within which the Debtor must file the Schedules and Statements is extended through and including May 25, 2023, without prejudice to the Debtor's ability to request additional extensions from the Court for cause shown or, alternatively, to obtain further extensions upon entering into a stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

2. Nothing contained in the Motion or this Order or the Debtor's payment of any claims pursuant to this Order, shall be deemed or construed as: (a) an implication or admission as to the validity of any claim against the Debtor or the existence of any lien against the Debtor's assets; (b) a waiver of the Debtor's or any other party in interest's rights to dispute any claim or lien on any grounds; (c) a waiver of any claims or causes of action that may exist against any creditor or interest holder; (d) a promise to pay any claim; (e) an implication or admission that any particular claim would constitute an allowed claim; (f) an approval, assumption, adoption, or rejection of any executory contract or unexpired lease pursuant to Section 365 of the Bankruptcy Code; (g) a limitation on the Debtor's rights under Section 365 of the Bankruptcy Code to assume or reject any executory contract with any party subject to this Order; or (h) a waiver of the obligation of any party in interest to file a proof of claim. Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

3. The Debtor is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: April 12, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE