**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **NATIONAL CINEMEDIA, LLC,** | § | **Case No. 23-90291 (DRJ)** |
| **Debtor.** | § | |

**AMENDED VERIFIED STATEMENT OF THE**
**AD HOC GROUP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on **Exhibit A** hereto (collectively, the "Ad Hoc Group") hereby submit this amended verified statement (this "Amended Verified Statement"), which amends the *Verified Statement of the Ad Hoc Group Pursuant to Bankruptcy Rule 2019* [Docket No. 43], and in support hereof state as follows:

1. In or around October 2022, the Ad Hoc Group (as comprised from time to time) was formed and retained attorneys currently affiliated with Gibson, Dunn & Crutcher LLP ("Gibson Dunn") to represent it as counsel in connection with a potential restructuring of the outstanding debt obligations of the above-captioned debtor (the "Debtor"). Subsequently, in March 2023, Gibson Dunn contacted Munsch Hardt Kopf & Harr, P.C. ("Munsch") to serve as Texas co-counsel to the Ad Hoc Group.

2. As of the date of this Amended Verified Statement, Gibson Dunn and Munsch represent (as that term is defined in Bankruptcy Rule 2019(a)(2)) the Ad Hoc Group, comprised of the beneficial holders or the investment advisors or managers for certain beneficial holders that

are identified on **Exhibit A** hereto in their capacities as: (i) lenders under that certain Credit Agreement (the "Original Loan Agreement" and, together with all other related documents, instruments, notes, and agreements, the "Original Loan Documents," in each case, as amended, restated, supplemented, or otherwise modified from time to time), dated as of June 20, 2018, by and among National CineMedia, LLC ("NCM" or "Borrower"), JPMorgan Chase Bank, N.A., as Administrative Agent (as defined in the Original Loan Agreement), and the lenders from time to time party thereto, consisting of (a) Term Loans and New Incremental Term Loans (each as defined in the Original Loan Agreement, and together, "Original Term Loans"), (b) Revolving Credit Loans (as defined in the Original Loan Agreement or the "2018 Revolving Loans") and other extensions of credit, including the issuance of letters of credit; (ii) lenders under that certain Revolving Credit Agreement (the "New Revolving Credit Agreement" and, together with all other related documents, instruments, notes, and agreements, the "New RCF Documents," in each case, as amended, restated, supplemented, or otherwise modified from time to time, and the revolving loans thereunder, the "2022 Revolving Loans"), dated as of January 5, 2022, by and among the Borrower, Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent (each as defined in the New Revolving Credit Agreement), and the several lenders from time to time party thereto; (iii) holders of 5.875% Senior Secured Notes under that certain Indenture (the "Senior Secured Notes Indenture" and, together with all other related documents, instruments, notes, and agreements, the "Senior Secured Notes Documents," in each case, as amended, restated, supplemented, or otherwise modified from time to time), dated as of October 8, 2019, by and among Borrower (the "Issuer"), Wells Fargo Bank, National Association, as Trustee (as defined in the Senior Secured Notes Indenture); and (iv) holders of 5.750% Senior Notes under that certain Indenture (the "Unsecured Notes Indenture" and, together with all other related documents,

instruments, notes, and agreements, the "Unsecured Notes Documents", in each case as amended, restated, supplemented, or otherwise modified from time to time), dated as August 19, 2016, by and among NCM, as Issuer, the Wells Fargo Bank, National Association, as Trustee (as defined in the Unsecured Notes Indenture), and the noteholders party thereto.

3. Gibson Dunn and Munsch do not represent or purport to represent any other entities in connection with the Debtor's chapter 11 case. Gibson Dunn and Munsch do not represent the Ad Hoc Group as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules). In addition, the Ad Hoc Group does not represent or purport to represent any other entities in connection with the Debtor's chapter 11 case. Each member of the Ad Hoc Group does not represent the interests of, nor acts as a fiduciary for, any person or entity other than itself in connection with the Debtor's chapter 11 case.

4. Upon information and belief formed after due inquiry, Gibson Dunn and Munsch do not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtor.

5. The names and addresses of each of the members of the Ad Hoc Group, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtor, are set forth in **Exhibit A** attached hereto. The information set forth in **Exhibit A** is based on information provided to Gibson Dunn and Munsch by the members of the Ad Hoc Group and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

6. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

7. Nothing contained in this Amended Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the members of the Ad Hoc

Group to have any final order entered by, or other exercise of the judicial power of the United States performed by an Article III court; (ii) a waiver or release of the rights of any of the members of the Ad Hoc Group to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights of any of the members of the Ad Hoc Group may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in this chapter 11 case against or otherwise involving any of the members of the Ad Hoc Group; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any of the members of the Ad Hoc Group are or may be entitled under the Debt Documents,[1] in law or in equity, applicable law, or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved in all respects.

8. The Ad Hoc Group, through its undersigned counsel, reserves the right to amend or supplement this Amended Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

[1] "**Debt Documents**" means collectively, the Original Loan Documents, the New RCF Documents, the Senior Secured Notes Documents, and the Unsecured Notes Documents.

Dated: June 15, 2023
Houston, Texas

Respectfully submitted,

*/s/ Brenda L. Funk*
MUNSCH HARDT KOPF & HARR, P.C.
John D. Cornwell, Esq. (TX Bar No. 24050450)
Brenda L. Funk, Esq. (TX Bar No. 24012664)
700 Milam St, Ste 800
Houston, TX 77002
Telephone: (214) 855 7500
Facsimile: (214) 978 4375
Email: jcornwell@munsch.com
bfunk@munsch.com

- and –

Scott J. Greenberg (admitted *pro hac vice* )
Jason Zachary Goldstein (admitted *pro hac vice* )
Keith R. Martorana (admitted *pro hac vice* )
C. Lee Wilson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: sgreenberg@gibsondunn.com
jgoldstein@gibsondunn.com
kmartorana@gibsondunn.com

*Attorneys for the Ad Hoc Group*

# **Exhibit A**

## MEMBERS OF THE AD HOC GROUP[1]

| Name and Address | Original Term Loan | 2018 Revolving Loan | 2022 Revolving Loan | Senior Secured Notes Indenture | Unsecured Notes Indenture |
|---|---|---|---|---|---|
| ABRY Partners II, LLC<br>888 Boylston Street, Suite 1600<br>Boston, MA 02199 | $30,884,341.27 | – | $8,215,551.19 | $4,000,000.00 | – |
| ArrowMark Partners<br>100 Fillmore Street, Suite 325<br>Denver, CO 80206 | $11,038,072.45 | – | – | – | – |
| Bain Capital Credit, LP<br>200 Clarendon Street<br>Boston, MA 02116 | $8,691,566.11 | $15,807,208.74 | $19,186,257.32 | – | $40,835,000.00 |
| Blantyre Capital Limited<br>52 Jermyn Street<br>London SW1Y 6LX | $18,063,279.00 | $47,087,892.00 | $429,452.00 | $145,516,000.00 | – |
| Carlyle CLO Management LLC, on behalf of certain funds and/or accounts for which it serves as investment manager or adviser<br>1 Vanderbilt Avenue<br>New York, NY 10017 | $14,832,722.81 | $5,839,607.69 | – | – | – |
| Cetus Capital, LLC<br>8 Sound Shore Drive, Suite 303<br>Greenwich, CT 06830 | – | – | – | $16,242,000.00 | – |

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates, as applicable. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document. To the best of Gibson Dunn's knowledge, the information included herein is accurate as of close of business June 14, 2023. Certain amounts listed on this **Exhibit A** may include positions that were reported on a beneficial ownership basis which may not yet be reflected on the Administrative Agent's register.

| Name and Address | Original Term Loan | 2018 Revolving Loan | 2022 Revolving Loan | Senior Secured Notes Indenture | Unsecured Notes Indenture |
|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue Suite 425<br>Greenwich, CT 06830 | $18,858,525.00 | – | – | $2,000,000.00 | – |
| Eaton Vance Management<br>2 International Place<br>Boston, MA 02110 | – | – | – | $33,863,000.00 | $26,940,000.00 |
| Five Arrows Managers North America LLC<br>633 West 5th Street, Suite 5000<br>Los Angeles, CA 90071 | $6,682,158.85 | – | – | – | – |
| Fulcra Asset Management<br>#520 – 1090 West Georgia St, Vancouver, BC V6E 3V7, Canada | $1,979,849.00 | – | – | $5,500,000.00 | $3,000,000.00 |
| Glendon Capital Management L.P., in its capacity as investment adviser to certain managed funds and accounts<br>2425 Olympic Boulevard, Suite 500E<br>Santa Monica, CA 90404 | $11,190,391.19 | $7,190,919.00 | – | – | $6,000,000.00 |
| HBK Investments L.P.<br>2300 North Field Street, Suite 2300<br>Dallas, TX 75201 | $17,977,500.00 | – | – | $11,339,000.00 | – |
| Intermarket Corporation<br>888 Seventh Avenue, 27th Floor<br>New York, NY 10106 | – | – | $6,121,231.88 | – | – |

| Name and Address | Original Term Loan | 2018 Revolving Loan | 2022 Revolving Loan | Senior Secured Notes Indenture | Unsecured Notes Indenture |
|---|---|---|---|---|---|
| JPMorgan Investment Management Inc. and JPMorgan Chase Bank, N.A. as investment advisor and/or trustee<br>1 E Ohio Street, Floor 06<br>Indianapolis, IN 46204 | – | – | – | $22,922,000.00 | – |
| MJX Asset Management, LLC<br>12 E. 49th Street, 38th Floor<br>New York, NY 10017 | $8,762,066.85 | – | – | – | – |
| Napier Park Global Capital (US) LP<br>280 Park Avenue, 3rd Floor<br>New York, NY 10017 | $9,142,983.79 | – | – | – | – |
| Regatta Loan Management LLC<br>280 Park Avenue, 3rd Floor<br>New York, NY 10017 | $12,332,648.05 | – | – | – | – |
| Saranac CLO Management, LLC<br>1540 Broadway, Suite 1630<br>New York, NY 10036 | $3,809,529.81 | – | – | – | – |
| Taconic Capital Advisors L.P., in behalf of funds under management<br>280 Park Avenue, 5th Floor<br>New York, NY 10017 | – | – | – | $16,500,000.00 | – |

| Name and Address | Original Term Loan | 2018 Revolving Loan | 2022 Revolving Loan | Senior Secured Notes Indenture | Unsecured Notes Indenture |
|---|---|---|---|---|---|
| Voya Alternative Asset Management LLC, as Investment Manager; Voya Investment Management Co. LLC, as Investment Manager; Voya Investment Trust Co., as Trustee<br>7337 East Doubletree Ranch Road<br>Suite 100<br>Scottsdale, AZ 85258 | $30,161,657.63 | – | – | – | – |
| Wazee Street Capital Management LLC<br>8101 E. Prentice Avenue, Suite 610<br>Greenwood Village, Colorado 80111 | $12,717,639.59 | – | $4,000,000.00 | $30,216,000.00 | – |
| Whitebox Advisors LLC<br>3033 Excelsior Boulevard, Suite 500<br>Minneapolis, MN 55416 | $7,973,958.33 | – | $10,000,000 | $1,400,000.00 | – |