IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
NATIONAL CINEMEDIA, LLC,[1] : Case No. 23-90291 (DRJ)
: 
Debtor. : 
: 
------------------------------------------------------------ x

NOTICE OF EFFECTIVE DATE OF
(A) THE NETWORK AFFILIATE TRANSACTION
AGREEMENT AND (B) THE TERMINATION AND SETTLEMENT AGREEMENT
[Related to Docket No. 450]

**PLEASE TAKE NOTICE** that on June 26, 2023 the Bankruptcy Court for the Southern District of Texas entered the *Decision and Order (I) Approving and Authorizing the Debtor to Enter Into and Perform Under (A) the Termination and Settlement Agreement and (B) the Network Affiliate Transaction Agreement and (II) Granting Related Relief* [Docket No. 450] (the "Regal Approval Order").[2]

**PLEASE TAKE FURTHER NOTICE** that to accommodate operational issues with the transition from the Regal ESA to the Network Affiliate Transaction Agreement, the Debtor and Regal have mutually agreed that the Termination and Settlement Agreement and Network Transaction Affiliate Agreement will go effective on July 14, 2023.

**PLEASE TAKE FURTHER NOTICE** that redacted copies of the Regal Approval Order and the Agreements, as well copies of any pleadings filed in the Debtor's chapter 11 case, can be

---

[1] The Debtor's address is 6300 South Syracuse Way, Suite 300, Centennial, Colorado 80111. The last four digits of the Debtor's taxpayer identification number is 2505.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Regal Approval Order.

obtained free of charge at the Debtor's chapter 11 case website: https://omniagentsolutions.com/NCM or, for a fee, via PACER at: http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank.*]

Houston, Texas
Dated:    July 11, 2023

/s/ John F. Higgins
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

– and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kyle Kimpler (admitted *pro hac vice*)
Sarah Harnett (admitted *pro hac vice*)
Joshua Esses (admitted *pro hac vice*)
Shafaq Hasan (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kkimpler@paulweiss.com
sharnett@paulweiss.com
jesses@paulweiss.com
shasan@paulweiss.com

*Counsel to the Debtor and Debtor in Possession*

## **Certificate of Service**

      I certify that on July 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                  */s/ John F. Higgins*
                                                                  John F. Higgins