IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
NATIONAL CINEMEDIA, LLC,[1]                                 :   Case No. 23-90291 (DRJ)
                                                            :
         Debtor.                                            :
                                                            :
----------------------------------------------------------- x
```

**NOTICE OF (I) ENTRY OF ORDER APPROVING THE
DEBTOR'S DISCLOSURE STATEMENT AND CONFIRMING THE
MODIFIED FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF
NATIONAL CINEMEDIA, LLC AND (II) OCCURRENCE OF EFFECTIVE DATE**

  **PLEASE TAKE NOTICE** that on June 27, 2023 the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtor's Disclosure Statement on a Final Basis and (II) Confirming the Modified First Amended Chapter 11 Plan of Reorganization of National CineMedia, LLC* [Docket No. 457] (the "Confirmation Order") confirming the Plan[2] and approving the Disclosure Statement [Docket No. 250] of the above-captioned debtor (the "Debtor").

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, the Debtor is required to file this *Notice of (I) Entry of Order Approving the Debtor's Disclosure Statement and Confirming the Modified First Amended Chapter 11 Plan of Reorganization of National CineMedia, LLC and (II) Occurrence of Effective Date* no later than seven (7) business days after the Effective Date.

  **PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on August 7, 2023.  All conditions in Article 9.1 of the Plan have been satisfied or waived pursuant to Article 9.2 of the Plan.

---

[1]  The Debtor's address is 6300 South Syracuse Way, Suite 300, Centennial, Colorado 80111.  The last four digits of the Debtor's taxpayer identification number are 2505.

[2]  Capitalized terms used by not otherwise defined herein have the meanings given to them in the *Modified First Amended Chapter 11 Plan of Reorganization of National CineMedia, LLC* [Docket No. 428] (as it may be amended, modified, supplemented, or restated, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan, the Confirmation Order, or any other order of the Court, all requests for payment of an Administrative Claim must be Filed and served on the Reorganized Debtor, (a) with respect to Administrative Claims other than Professional Fee Claims, no later than thirty (30) days after the Effective Date (the "<u>Administrative Claims Bar Date</u>"), and (b) with respect to Professional Fee Claims, no later than forty-five (45) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. **Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by the Administrative Claim Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claim against the Debtor, the Reorganized Debtor, or their property and such Administrative Claims shall be deemed disallowed in full as of the Effective Date without the need for any objection from the Reorganized Debtor or any notice to or action, Order, or approval of the Bankruptcy Court or any other entity.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article V of the Plan, except as otherwise provided in the Plan or in any contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan, all Executory Contracts and Unexpired Leases that have not expired by their own terms on or prior to the Effective Date, are deemed assumed as of the Effective Date, without the need for any further notice to or action, Order, or approval of the Bankruptcy Court, except for any Executory Contract or Unexpired Lease that (a) was previously assumed or rejected; (b) previously expired or was terminated pursuant to its own terms; (c) is the subject of a motion to assume or assume and assign Filed on or before the Confirmation Date; or (d) is designated specifically, or by category, as an Executory Contract or Unexpired Lease on the Schedule of Rejected Executory Contracts and Unexpired Leases.

**PLEASE TAKE FURTHER NOTICE** that, subject to the terms of the Confirmation Order and the subject to the Creditors' Committee Settlement, and pursuant to Article V of the Plan, notwithstanding anything to the contrary in the Plan, the Debtor (subject to the RSA Definitive Document Requirements) or Reorganized Debtor, as applicable, may alter, amend, modify, or supplement the Schedule of Rejected Executory Contracts and Unexpired Leases at any time through and including forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Confirmation Order, the Definitive Documents, and their provisions are binding upon and inure to the benefit of the Debtor, the Reorganized Debtor, all current and former Holders of Claims, all current and former Holders of Interests, and all other parties in interest and their respective heirs, successors and assigns, executors, administrators, Affiliates, officers, directors, managers, agents, representatives, attorneys, beneficiaries, or guardians, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in the Debtor's Chapter 11 Case, are available: (a) upon request to Omni Agent Solutions, LLC (the claims, noticing, and solicitation agent retained in this Chapter 11 Case) by calling (866) 956-2144 (Toll Free U.S. & Canada) or (747) 293-0095 (Non-U.S. & Canada

Parties); (b) by visiting the website maintained in this Chapter 11 Case at https://omniagentsolutions.com/NCM; or (c) for a fee via PACER by visiting http://www.txsb.uscourts.gov.

[*Reminder of page intentionally left blank*]

Dated:  August 7, 2023

Respectfully submitted,

*/s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Eric M. English (TX Bar No. 24062714)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kyle Kimpler (admitted *pro hac vice*)
Sarah Harnett (admitted *pro hac vice*)
Shafaq Hasan (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kkimpler@paulweiss.com
sharnett@paulweiss.com
shasan@paulweiss.com


*Counsel to the Debtor and the Debtor in Possession*